IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS,**
ADC #85938                                                                                         PLAINTIFF

V.                            CASE NO. 5:18-CV-188-KGB-BD

**DAVIS KELLEY, JR.,** *et al*.                                                            DEFENDANTS

**RECOMMENDED DISPOSITION**

**I**.   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive the right to appeal questions of fact.

**II.**  **Discussion**

Kenneth Ray Pitts, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Pitts moved for leave to proceed *in forma pauperis* ("IFP"), but the Court denied Mr. Pitts's motion because of his litigation history. (#1, #7) Because three or more cases that Mr. Pitts filed in federal courts have been dismissed for failure to state a

federal claim for relief, he is not eligible to proceed IFP in federal court absent allegations that he is in imminent danger of serious physical injury.[1] In his complaint in this case, Mr. Pitts did not plead facts indicating that he is in imminent danger of serious harm. Accordingly, the Court gave Mr. Pitts 30 days to pay the $400 filing fee. (#7) The Court specifically cautioned Mr. Pitts that his case could be dismissed if he failed to pay the filing fee within the time allowed.

Mr. Pitts has appealed the Order denying his request to proceed IFP, but in his appeal papers, he has not included any additional facts to indicate that he is in imminent danger of serious physical harm. (#9)

### III.  Conclusion

Mr. Pitts has not complied with the Court's July 18, 2018 Order to pay the filing fee. He has not pleaded facts in his complaint or in his appeal of the order requiring him to pay the filing fee that indicate he is in imminent danger. For those reasons, the Court recommends that Mr. Pitts's claims be DISMISSED, without prejudice. Furthermore, Mr. Pitts's pending motions (#3, #4, #5) should be DENIED, as moot.

DATED this 30th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Pitts for purposes of determining eligibility for IFP status: *Pitts v. Moore, et al.*, E.D. Ark. Case No. 4:06-CV-1305-JLH; *Pitts v. Johnson*, E.D. Ark. Case No. 5:99-CV-71-JMM; *Pitts v. Brownlee, et al.*, E.D. Ark. Case No. 5:99-CV-178-HW.