IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS,**
**ADC # 85938**                                                                                  **PLAINTIFF**

v.                          Case No. 5:18-cv-00188-KGB/BD

**DAVIS KELLEY, JR.,** *et al*.                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Kenneth Ray Pitts' complaint is dismissed without prejudice.

So adjudged this the 26th day of March, 2019.

_____
Kristine G. Baker
United States District Judge